**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In re Allstate Texas Lloyds

Appellate case number:   01-21-00428-CV

Trial court case number:  1156670

Trial court:             County Court at Law No. 2 of Harris County

      Relator, Allstate Texas Lloyds, filed a mandamus petition on August 6, 2021, challenging: (1) the trial court's May 13, 20201 *Order Denying Defendant's Motion to Compel* and (2) the trial court's July 29, 2021 order denying Relator's motion to reconsider. On August 11, 2021, Relator filed an emergency motion requesting a stay of all proceedings in the underlying case pending our determination on the mandamus petition. Relator's stay motion is DENIED. Relator's mandamus petition remains pending.

      It is so ORDERED.


Judge's signature: ____/s/ Gordon Goodman_____
                              Acting individually


Date: ___August 12, 2021_____